AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Massachusetts |
|---|---|
| Name: Micheal Hoilett | Prisoner No. W/57335  Case No. 03 12619 RCL |
| Place of Confinement: M C I CEDAR JUNCTION  P.O. BOX 100  South Walpole, MA 02071 | |
| Name of Petitioner (include name under which convicted): Micheal Hoilett | Name of Respondent (authorized person having custody of petitioner): V. PETER ALLEN |

The Attorney General of the State of: _____

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   Suffolk superior Court

2. Date of judgment of conviction   October 21, 1994

3. Length of sentence   FIRST DEGREE LIFE SENTENCE

4. Nature of offense involved (all counts)   First Degree Felony Murder
   and masked armed robbery

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty   ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☒
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Judicial Court__

   (b) Result __Judgement Affirmed__

   (c) Date of result and citation, if known __11/16/99         430 MASS 369__

   (d) Grounds raised __Prosecutors improper closing argument, prejudicial photographs, Jury instruction error, and Duplicative conviction__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Suffolk Superior Court__

     (2) Nature of proceeding __Criminal Rule 30 Motion for a new Trial__

     (3) Grounds raised __Denial of witnesses exculpatory records and ineffective assistance of direct appeal counsel__

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result __Motion denied and evidentiary hearing denied.__

(6) Date of result __October 31, 2000__

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☒     No ☐
(2) Second petition, etc.    Yes ☐     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any ground which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, you *should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self—incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: <u>Ineffective assistance of assigned direct appeal counsel Attorney James Couture.</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>Assigned direct appeal counsel filed a meritless Brief without federalizing any issues. As set out in the pro se new trial motion, pages 43-54, and post-conviction counsel's first and second supplemental memorandums in support of amended motion for leave to appeal, direct appeal attorney James Couture, had no strategic reason for his failure to brief the obviously meritorious issue of the erroneous denial of defense access to Department of Social Services residential treatment program records of a key prosecution witness, and the denial of an evidentiary hearing and full disclosure of such records to counsel. Such meritorious issues was more likely to result in reversal of conviction.</u>

B.  Ground two: <u>Denial of exculpatory treatment program records of a key, Anngolia Cartwright.</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>As set out in the pro se motion for a new trial, the pro se motion for leave to appeal and post-conviction counsel's first and second memorandums in support of amended motion for leave to appeal, the trial Judge used the wrong legal standard and committed an abuse of discretion denying trial defense counsel access to exculpatory residential treatment program records of a key prosecution witness that were necessary for a fair opportunity for confrontation and effective cross-examination of that main witness. This was prejudicial because it prevented impeachment and showing the witnesses lack of ability to accurately perceive and report events, based on her history of psychiatric problems, tendancy to fabricate stories and motives to lie. The non-disclosure was prejudicial</u>

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐      No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a) At preliminary hearing   John Salsberg

   (b) At arraignment and plea  John Salsberg

(6)

AO 241 (Rev. 5/85)

(c) At trial _____John Salsberg_____

(d) At sentencing _____John Salsberg_____

(e) On appeal _____James Couture_____

(f) In any post-conviction proceeding _____Claudia Leis Bolgen_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____Claudia Leis Bolgen_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding after holding an evidentiary hearing and assigning counsel, Gonzales-Soberal v. United States, 244 F.3d 273 (1st Cir. 2001) Williams v. Taylor, 529 U.S. 420, 437 (2000).

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Petitioner
Michael Hoilet, pro se

(7)