UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.,

Plaintiff,

v.

ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC.,

Defendants.

Civil Action No. 03-12603-RCL

## PROOF OF SERVICE OF PROCESS

I, ALANA A. PRILLS, hereby depose and state as follows:

1. I am one of the attorneys for plaintiff U.S. Foodservice, Inc. in this action.

2. Service of the Summons and copies of the Complaint, Civil Action Cover Sheet, Filing Category Form and Plaintiff's Corporate Disclosure Statement was made upon defendant Arthur Tsebetzis on December 30, 2003, as indicated by the Return of Service. The original Return of Service is attached hereto as Exhibit A.

3. Service of the Summons and copies of the Complaint, Civil Action Cover Sheet, Filing Category Form and Plaintiff's Corporate Disclosure Statement was made upon defendant Steven Posin on January 3, 2004, as indicated by the Return of Service. The original Return of Service is attached hereto as Exhibit B.

4. Service of the Summons and copies of the Complaint, Civil Action Cover Sheet, Filing Category Form and Plaintiff's Corporate Disclosure Statement was made upon defendant John J. O'Hara on December 30, 2003, as indicated by the Return of Service. The original Return of Service is attached hereto as Exhibit C.

5.   Service of the Summons and copies of the Complaint, Civil Action Cover Sheet, Filing Category Form and Plaintiff's Corporate Disclosure Statement was made upon defendant Jeffrey E. Gross on December 30, 2003, as indicated by the Return of Service. The original Return of Service is attached hereto as Exhibit D.

6.   Service of the Summons and copies of the Complaint, Civil Action Cover Sheet, Filing Category Form and Plaintiff's Corporate Disclosure Statement was made upon defendant Agar Supply, Inc. on December 30, 2003, as indicated by the Return of Service. The original Return of Service is attached hereto as Exhibit E.

Signed under the penalties of perjury on this 6 day of January 2004.

_Alana Prills_
Alana A. Prills

### Certificate of Service

I hereby certify that I have caused a copy of this document to be served by U.S. mail, postage prepaid, upon Arthur Tsebetzis, 66 Bridge Street, Medfield, Massachusetts 02052, Steven Posin, 162 Millville Street, Salem, New Hampshire 03079, John J. O'Hara, 18 Sunnybank Road, West Roxbury, Massachusetts 02132, Jeffrey E. Gross, 54 Outlook Road, Marshfield, Massachusetts 02050, Agar Supply, Inc., Myles Standish Industrial Park, 225 John Hancock Road, Taunton, Massachusetts 02780, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 6 day of January 2004.

_Alana Prills_
Alana A. Prills