UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HOILETT,

    Petitioner,

v.

                      Civil Action No. 03-12619-RCL

TIMOTHY HALL,

    Respondent.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060