UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL HOILETT, <br><br> Petitioner, <br><br> v. <br><br> PETER ALLEN, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-12619-RCL <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING
TO THE PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, through counsel, respectfully moves this Court to enlarge the time to file an answer or other responsive pleading to the petition for a writ of habeas corpus, to March 31, 2004.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has just received the voluminous record of the petitioner's state court proceedings from the Suffolk County District Attorney's office. Additional time will be needed to review these documents, to research relevant issues and to draft an appropriate response to the petition.

2

3. The respondent's attorney is responsible for numerous post-conviction cases which include more than twenty-five federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters. In the next several weeks she will be working on the following litigation projects: researching and drafting a brief for the First Circuit in an appeal from the denial of a federal habeas petition, *Horton v. Allen*, No. 03-1423; researching and drafting a brief for the Massachusetts Appeals Court in an appeal involving parole eligibility, *Cinelli v. Massachusetts Parole Board*, MAC No.2003-P-1281; researching and drafting memoranda on the merits in two federal habeas petitions, *David M. Stroyny v. Timothy Hall*, USDC 03-00305-A and *Richard Asadoorian v. Edward Ficco*, USDC No. 02-11534-DPW; and researching and compiling documents for answers, supplemental answers and/or dispositive motions in two new federal habeas petitions, *Ali v. O'Brien*, USDC 04-30005-KPN and *Mendez v. Allard*, 03-11417-MLW.

WHEREFORE, for all the foregoing reasons, the respondent respectfully requests that this Court grant him until March 31, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon the petitioner by first-class mail, postage pre-paid, on February 2, 2004, addressed to him as follows:

Michael Hoilett
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071

*Annette C. Benedetto*
Annette C. Benedetto