UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HOILETT | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 03-12619-RCL |
| TIMOTHY HALL, | ) |
| Respondent. | ) |

## MOTION TO DISMISS

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to dismiss the action for failure to state a claim upon which relief can be granted under 28 U.S.C. § 2254. Fed. R. Civ. R. 12(b)(6). The issues raised in his petition are procedurally defaulted and are not reviewable by a habeas court.

A memorandum in support of this motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext.
BBO No. 037060