United States District Court
For The
District Of Massachusetts

Michael Hoilett,
　　　　Petitioner,
V.

Timothy Hall,
　　　　Respondent.

Civil Action
NO. 03-12619-RCL

## MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO MOTION TO DISMISS

Now comes the petitioner and respectfully moves this Court to grant him additional time within which to respond to respondent's motion to dismiss, up to and including June 30, 2004, for the following reasons:

1. Petitioner received the respondent's motion to dismiss on April 3, 2004. Because he did not

2

prepare the petition in the case at bar, and relied upon the assistance of a fellow prisoner to do so, Petitioner had to copy the motion to dismiss and mail it to the prisoner who prepared the habeas petition at bar and is helping to prosecute the matter.

2. The prisoner who assisted Petitioner in the preparation of, and the filing of, the petition at issue is housed in another area of the prison and it took a week to mail the motion to dismiss to him, after copying.

3. The prisoner at issue is in the midst of preparing for trial in a civil case,

3

and preparing pleadings for filing in several civil and criminal cases that he handles **pro se** in various courts in the Commonwealth and he cannot work on petitioner's case for at least two months or so.

4. The prisoner at issue has instructed petitioner to file this motion, since he cannot work on this case until June. Since petitioner has no idea how to respond to the motion to dismiss, he has no choice but to ask that this court extend the time within which to respond to the motion to dismiss.

5. The respondent will not be prejudiced by the delay in responding

to his motion to dismiss, and petitioner does not have the funds to afford an attorney, nor does he have another prisoner available to assist him in the preparation and filing of a response to the motion to dismiss.

6. Due to the complex nature of the motion to dismiss, this court would serve the interests of justice by granting additional time within which to respond thereto.

5

For the foregoing reasons, this motion should be granted and petitioner be granted up to and including June 30, 2004 to respond to the motion to dismiss.

Respectfully Submitted,

Michael Hoilett
P.O. Box 100
S. Walpole, MA 02071

Verification:

I, Michael Hoilett, verify that the above statements are true and accurate and I do so under pains and penalties of perjury on /  /04.

by: _____
Michael Hoilett

Certificate Of Service:

I, Michael Hoilett, certify that a copy of this above motion was mailed to counsel for the respondent via First Class mail on /  /04.

by: _____
Michael Hoilett