UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 11  P 1:51

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MICHAEL HOILETT ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12619-RCL |
| ) | |
| PETER ALLEN, ) | |
| ) | |
| Respondent. ) | |

### RESPONDENT'S RESPONSE TO DECEMBER 21, 2004 ORDER

Pursuant to the attached December 21, 2004 Order, the respondent's attorney has located the following documents and herein submit them to the Court:

1. Brief and Record Appendix of the Appellant on Appeal to the Supreme Judicial Court (SJC No. 07351

2. Brief of the Commonwealth on Appeal (SJC No. 07351)

3. Trial Transcripts (five volumes) from Commonwealth v. Hoilett, SUCR 94-10359, before Banks, J. and a Jury, Suffolk Superior Court.

   Day One - Trial, October 17, 1994
   Day Two- Trial, October 18, 1994
   Day Three- Trial, October 19, 1994
   Day Four- Trial, October 20, 1994
   Day Five- Trial, October 21, 1994.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau

2

One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above documents was served upon the petitioner by first-class mail, postage pre-paid, on January 10, 2005, addressed to him as follows:

Michael Hoilett
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02071

*Annette C. Benedetto*
Annette C. Benedetto