UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HOILETT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PETER ALLEN, )<br>)<br>Respondent. )<br>) | CIVIL ACTION NO.<br>03-12619-RCL |

## ORDER

Before the court is a petition by Michael Hoilett ("Petitioner") for the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the Commonwealth's ("Respondent") motion to dismiss the petition. On January 7, 2004, I ordered the Respondent to file, as part of its return, documents reflecting the Petitioner's exhaustion of state remedies with respect to Petitioner's claim of ineffective assistance of appellate counsel. In response, Respondent filed copies of the following: the docket sheet from the trial court and from the Supreme Judicial Court ("SJC"), the SJC's opinion affirming the Petitioner's murder conviction on direct appeal, and the parties' briefs before the single justice of the SJC.

Upon a review of these documents, I find it necessary to conduct a more searching review of the record in the underlying state case. Therefore, pursuant to Rule 5 of the Rules Governing Section 2254 cases, I order the Respondent to produce the following: Petitioner's brief on direct appeal; a transcript of the testimony of Anngolia Cartwright, Viambi Bush, and the person

1

identified in the SJC opinion as the victim's son-in-law; and a transcript of the closing arguments of both sides at trial. The Respondent shall produce the foregoing documents within 20 days of receipt of the date of this Order.

Date:  December 21, 2004                             /s/ REGINALD C. LINDSAY

                                                                        United States District Court Judge