UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHAEL HOILETT**

**V.**                                              **CIVIL ACTION NO. 03-12619-RCL**

**PETER ALLEN**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of March 31, 2005 allowing the motion to dismiss of the defendant Peter Allen, Judgment is hereby entered as follows: Judgment for Peter Allen dismissing this action.

April 5, 2005                                /s/ Lisa M. Hourihan
                                                    Deputy Clerk