Michael Hoilett, W-57335
P.O. Box 8000
Shirley, Ma. 01464-8000

September 1, 2005

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

RE: MICHAEL HOILETT V. PETER ALLEN, CIVIL ACTION NO. 03-12619-RCL

Dear Sir/Madame Clerk:

    Could you send me a copy of the docket entry sheet in the above referenced matter as well as the judge's decision of the Habeas Corpus.

    Thank you kindly for your assistance and attention.

Yours truly,

Michael Hoilett