UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL HOILETT,<br>      Petitioner,<br><br>v.<br><br>PETER ALLEN,<br>      Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>03-12619-RCL |

NOTICE OF APPEAL

Now comes the Petitioner, Michael Hoilett, pro se, in the above-entitled matter and Appeals the decision of United States District Judge Reginald C. Lindsay in denying Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 and dismissing Hoilett's petition, on 3/31/05 entered on 4/4/05.

Date: 9/6/05

Respectfully submitted,

*Michael Hoilett*
Michael Hoilett, pro se
SBCC
P.O. Box 8000
Shirley, MA. 01464