UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HOILETT,<br>　　　　Petitioner,<br><br>v.<br><br>PETER ALLEN,<br>　　　　Respondent. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   03-12619-RCL<br>)<br>)<br>) |

### ARGUMENT SUPPORTING PETITIONER'S EXCUSABLE NEGLECT FILING NOTICE OF APPEAL

Now comes the Petitioner, Michael Hoilett, pro se, in the above-entitled matter and submitts to this Honorable Court his Argument Supporting Petitioner's Excusable Neglect in Filing his Late Notice of Appeal.

As stated in [Exhibit A, Petitioner's Affidavit in Support of his Notice of Appeal], this Petitioner was diagnosed with an aggressive from of lymphoma (Cancer) on or about 12/15/04 [Exhibit C]. In January of 2005 it was decided that this Petitioner would undergo chemotherapy for an extended period of time [Exhibit D]. This treatment lasted through July of 2005 and basicly left this Petitioner incapable of anything other than trying to get through his treatments and daily life as best as possible until treatment was finished and cancer deemed in remission, see [Exhibit A].

Rule 6(b), Fed.R.Civ.P. deals with time specificly enlargement of time. The Supreme Court stated not to long ago, "Although inadvertence, ignorance of the rules, or mistakes construing the rules do not usually constitute 'excusable'

neglect, it is clear that 'excusable neglect' under Rule 6(b) is a somewhat 'elastic concept' and is not limited strictly to omissions caused by circumstances beyond control of the movant." Pioneer Investment Services Co. v. Brunswick Associates Limited Partnership, ___U.S.___, 113 S.Ct. 1489, 1496 (1993)(footnotes omitted). The decision whether neglect is excusable is based on all the relevant circumstances, including "the danger of prejudice to the [opposing party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good fath." Id. at 1498 (footnotes omitted).

In the present case the opposing party the Commonwealth faces no prejudice allowing this late notice of appeal, the delay poses no impact on judicial proceedings. The reason for the delay is relevant, how can a man defend himself when he can barely care for himself, Petitioner is now acting in good faith barely one month after his final treatment of chemotherapy he is attending to his legal issues. This is the ideology of excusable neglect.

WHEREFORE, this Petitioner Prays that this Court will allow this late filing of his Notice of Appeal and allow him his due process of appealing the denial of his writ of habeas corpus and the dismissal of his petition to the First Circut Court of Appeals.

Date: 9/6/05

Respectfully submitted,

Michael Hoilett
Michael Hoilett, pro se