UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HOILETT,           )
          Petitioner,      )
                           )   CIVIL ACTION NO.
v.                         )   03-12619-RCL
                           )
PETER ALLEN,               )
          Respondent.      )

### AFFIDAVIT IN SUPPORT OF PETITIONER'S NOTICE OF APPEAL

I, Michael Hoilett, depose and state under oath, that:

1. I am the Petitioner in the above-entitled matter.

2. I am currently housed at the Souza Baranowski Correctional Center.

3. At the present time I am serving a life sentence for murder in the Commonwealth of Massachusetts.

4. On 3/31/05 and entered on 4/4/05 my writ of habeas corpus pursuant to 28 U.S.C. §2254 was denied and my petition was dismissed.

5. I now on this date am appealing this decision to the First Circut Court of Appeals.

6. I am of the understanding that this Notice of Appeal is late but I believe my reasoning for this late notice is covered by excuse-able neglect.

7. Sometime in or about the Fall of 2004 I started not feeling so good, a cyst on my temple area of my head became larger. I brought this to the attention of the medical staff here at SBCC.

8. The begining of December 2004 Judge Lindsay requested more documents before he would be able to come to any decision in my writ of habeas corpus.

9. On 12/15/04 I had minor surgery to remove the cyst on my temple [Exhibit B], this specimen was tested for cancer.

10. On or about 12/30/04 I was informed that the mass on my temple that was removed was an aggressive form of lymphoma. (Cancer) [Exhibit C].

EXHIBIT "A"

11. On 1/27/05 it was decided that I would under-go chemo-therapy for an extended period of time. [Exhibt D].

12. This chemotharpy just ended this past month, I received the treatment at least once a month sometimes more, the treatment left me deathly sick, tired, unaware of my surroundings at times an unable to adequately address my daily living needs never mind addressing my legal issues.

13. On or about 3/31/05 Judge Lindsay denied my petition for writ of habeas corpus and dismissed my petition, I may or may not have received this mail but due to my health concerns I did not file a notice of appeal. I was just not able to do so at the time and I did not have either counsel or other inmates capable of doing legal work available to help me do so. Even when healthy I must have inmate law clerks aid me in my legal actions.

14. At this time my chemotharpy has ended for about three weeks now, the cancer is in remission, I am starting to feel better and have found other inmate help to aid me in appealing the denial of my petition for writ of habeas corpus.

15. I,even though,am pro se in my endeavor to seek post-conviction relief have never purposely missed a time deadline set by the Court, if I had not been as sick as I was and without counsel I would not have been late in filing my notice of appeal.

16. I have supplied this Honorable Court with three exhibits concerning my medical issue, if this Court feels it needs more information for me to prove my sickness I am more than willing to sign any release and provide any infor-mation this Court may need.

   Signed under the pains and penalties of perjury that the foregoing is true and correct, Pursuant to U.S.C. §1746.

Date:  9/6/05

Respectfully submitted,

*Michael Hoilett*
Michael Hoilett, pro se
SBCC, P.O. Box 8000
Shirley, MA. 01464

## CERTIFICATE OF SERVICE

I, Michael Hoilett, hereby certify that a copy of Petitioner's Notice of Appeal, Argument in Support thereof, Affidavit in Support thereof and Exhibit A thru D were mailed by first class, prepaid postage to all involved parties on September 6, 2005, by U.S. Mail.

Date: 9/6/05

*Michael Hoilett*
Michael Hoilett, pro se

```
LS0001002153    LS00096573
                M  06/18/1967  37
HOILETT, MICHAEL
              SDC.L
HOMSY, FARHAT
```

# LEMUEL SHATTUCK HOSPITAL

## NURSING DEPARTMENT

### TEACHING/DISCHARGE SUMMARY

**PROBLEMS**

You have had minor surgical procedure. If you notice any unusual bleeding, swelling, redness, pain or pus coming from incision, please notify the hospital at Tel. #522-8110. Ask for the Surgical Resident or Surgical PA.

**RECOMMENDED MEDICATIONS:** Tylenol #3 2 tabs po prn for pain x 3 days

**INSTRUCTIONS GIVEN:** Report to MD/nurse for signs of fever, redness, foul smell

**DIET** regular

**INSTRUCTIONS GIVEN:** Keep wound/dressing dry x 48° no shower x 2 days

**DIET/MEDICATION INTERACTIONS:**

**LIMITATIONS:**

**OTHER:** (INCLUDING FOLLOW-UP) follow-up prn

I HEREBY ACCEPT, UNDERSTAND AND CAN VERBALIZE THESE INSTRUCTIONS.

**COMPLETE AFTER DISCHARGE**

CONDITION _Stable_

DISCHARGE TIME _12p_  MODE ___

DISCHARGE DESTINATION _SBCC_

ACCOMPANIED BY _DOC_

REFERRAL PAPERS _given_

_Micheal Hoilett_
PATIENT/RESPONSIBLE PARTY

DATE _12/15/04_

I HAVE REVIEWED THE ABOVE INSTRUCTION WITH THE PATIENT/RESPONSIBLE PARTY. PATIENT DID/DID NOT DEMONSTRATE SATISFACTORY UNDERSTANDING.

NURSE _____    DATE _12/15/04_

EXHIBIT "B"

**Lemuel Shattuck Hospital**
Department of Pathology
170 Morton Street
Jamaica Plain, MA 02130
Tel: 617-971-3311   FAX: 617-971-3626

## SURGICAL PATHOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient Name: | HOILETT,MICHAEL | Surg Path #: | S04-1308 |
| DOB/Age/Sex: | 06/18/1967  37/M | Date Obtained: | 12/15/04 |
| Med Rec #: | LS00096573 | Date Received: | 12/15/04 |
| Account #: | LS0001002153 | Submitting Physician: | HOMSY,FARHAT MD |
| Location: | SDC.L | Report to: | |

**Specimen Submitted:**
   Mass - Right Temporal

**FINAL DIAGNOSIS:**
Right temporal mass-
   -Follicular lymphoma Grade 3 with transformation to diffuse large B cell lymphoma.

NOTE: Clinical correlation with lymphadenopathy at other sites and possible bone marrow involvement is advised.
   This appears to be a highly proliferative B cell lymphoma, and it is most likely that it represents dissemination from other sites. If no other sites are involved, primary cutaneous follicular lymphoma is possible. But again, the high proliferative activity indicates that this neoplasm is aggressive, unlike usual primary cutaneous follicular lymphoma.

COMMENT: Morphologically, partially nodular infiltrate of large atypical cells seen with areas transforming into diffuse pattern. Mitotic figures are seen.
   The immunostains show that neoplastic cells are CD20-positive, Bcl6-positive, CD45-positive, CD10-positive. Many neoplastic cells are kappa-positive but lambda negative. Neoplastic cells are Bcl2-negative. MIB1 is 95% positive in neoplastic cells.

NOTE: This case has been reviewed and reported as above by Dr. Igor B. Rozenvald as Tufts-New England Medical Center Report TS04-14554.

Immunohistochemical staining performed in this case may involve reagents labeled as analyte specific reagents. For these cases: This test was developed and its performance characteristics determined by Tufts-New England Medical Center, Department of Pathology. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.
   Dictated by: David E Ricklan MD

**Gross Description:**
Specimen received in formalin labeled " right temporal mass ", consists of an ellipse of skin measuring 2 x 0.6 cm with underlying tissue measuring 0.8 cm deep. Totally submitted.
(2 Blocks)
(DR)

**Clinical History:**
Pre-Operative Diagnosis: Right temporal mass
Post-Operative Diagnosis: Same

SCHWABEC
12/30/04

EXHIBIT "C"

Page 1 of 2

**Lemuel Shattuck Hospital**
Department of Pathology
170 Morton Street
Jamaica Plain, MA 02130
Tel: 617-971-3311   FAX: 617-971-3626

Patient's Name : **HOILETT, MICHAEL**   DOB: **06/18/1967**   Med Rec#: **LS00096573**
Surg Path #:   **S04-1308**

## SURGICAL PATHOLOGY REPORT

Pathologist: _David E Ricklan MD_   Date Completed: 12/22/04

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES
## CD VISIT

**SBCC**
Institution

NAME: Hoilett, Michael   ID # W57335   D.O.B. 6/18/67

| DATE | TIME | Problems: | Notes/Medications: |
|---|---|---|---|
| 1/27/05 | 9:05 | non-hodgkin's lymphoma | none |

Allergies: NKDA    Diet: Reg

S: Decided to proceed c̄ chemotherapy say nutrition supplements

O: T: 98°  P: 66  R: 16  O2 sat: —  BP: 130/80  Wt: 157

HEENT: healed scar (R) temporal area

Cor: RR S R

Lungs: CTA

Abd: —

Neuro: —

Ext: Ⓞ edema

Labs: CT scan ⊖ abd/chest/pelvis

A: NHL

EXHIBIT "D"

P: Chronic Care visit 3 months
   RTC if any problems
   Inmate education- diet, exercise, compliance
   See Physician Order Form for Labwork

nutrition c/s (RN)

MARK SCHNABEL, NP

f/u Dr Dorman 2/17/05