UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HOILETT, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12619-RCL |
| ) | |
| TIMOTHY HALL, ) | |
| Respondent. ) | |

## MOTION TO DISMISS LATE NOTICE OF APPEAL

The respondent respectfully moves this Court to dismiss the late notice of appeal filed by the petitioner, Michael Hoilett, on September 9, 2005, almost five months after judgment was entered by this Court on April 5, 2005, dismissing his petition for writ of habeas corpus. The respondent relies on the accompanying memorandum of law in support of the motion.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner by first-class mail, postage pre-paid, on September 14, 2005, addressed to him as follows:

**Michael Hoilett**
**MCI Cedar Junction**
**P.O. Box 100**
**South Walpole, MA 02071**

                                              **/s/ Annette C. Benedetto**
                                              **Assistant Attorney General**