Lisa M. Hourihan
Deputy Clerk, for
Judge Reginald Lindsay
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA. 02210

Michael Hoilett
SBCC
P.O. Box 8000
Shirley, MA. 01464

10/16/05

RE: Case No. 03-12619-RCL

Dear Clerk Hourihan,

    I hope this letter finds you well. I am writing to you today for a little help and a little information. First please note my address as SBCC not Cedar Junction it took about 4 or 5 extra days to receive this mail because it went to Cedar Junction first, (the notice of 10/4/05 by Judge Lindsay).

    I filed a Notice of Appeal and an Argument of excusable neglect due to my health, it seems that the Court allowed my motion but because I did not file for an Enlargement of Time I'm kind of in limbo, thats the way I read it.

    I did not enclose an Enlagrement of Time because I felt the Excusable Neglect Argument covered that issue, I am enclosing a Motion to Enlarge Time to File and the Notice to Appeal again, due to my argument being allowed.

    I also understand that the Court stated that he has no power to enlarge the filing of the Notice of Appeal but I thought that is what he allowed, by allowing the Motion for

Excusable neglect. As you can see I am somewhat confused.

I am enclosing the Motion to Enlarge based on the allowed Motion for Excusable Neglect and of course the Notice of Appeal, with a certificate of Service, if I need to do something else please let me know because the decision I received was very confusing.

I sincerely thank you for your time and attention to this matter.

Petitioner has enclosed Exhibits as well.

Sincerely,

*Michael Hoilett*
Michael Hoilett

cc: file