UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael Hoilett,  )
    Petitioner,  )
                 )    Civil Action No.
v.                )    03-12619-RCL
                 )
Peter Allen,  )
    Respondent.  )

## Notice of Appeal

Now come the Petitioner, Michael Hoilett, pro se, in the above-entitled matter and **Appeals** the decision of United States District Judge Reginald C. Lindsay in denying Petitioner's **petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254** and dismissing Hoilett's petition, on 3/31/05 entered on 4/4/05. In support thereof Petitioner submitts:

1. On 9/5/05 Petitioner submitted to this Court a Notice of Appeal, and an Argument in Support citing Excusable Neglect. This Motion was allowed by this Court 10/4/05.

2. Petitioner did not file for an Enlargement of Time based on the fact that his appeal was denied 3/31/05 and he was waiting to see if his Motion for Excusable Neglect would be allowed.

3. Though his appeal is outside the time line acceptable for late filing, it is within one year of his denied habeas corpus and his Motion for Excusable Neglect was allowed.

4. Petitioner has Filed a Motion for Enlargement of Time with this Notice of Appeal.

Date:   10/16/05                             Respectfully submitted,

                                                                                    *Micheal Hoilett*
                                                                                    Michael Hoilett, pro se
                                                                                    SBCC, P.O. Box 8000
                                                                                    Shirley, MA 01464