# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-12619

Michael Hoilett

v.

Peter Allen

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 2, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/2/05 .

_Barchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:03-cv-12619-RCL

Hoilett v. Peter Allen
Assigned to: Judge Reginald C. Lindsay
Cause: No cause code entered

Date Filed: 12/30/2003
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Petitioner**

**Michael Hoilett**     represented by **Michael Hoilett**
W/57335
S.B.C.C.
P.O. Box 800
Shirley, MA 01464
PRO SE

V.

**Respondent**

**Peter Allen**     represented by **Annette C. Benedetto**
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2003 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 52742, filed by Michael Hoilett.(Simeone, Maria) (Entered: 01/05/2004) |
| 12/30/2003 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Simeone, Maria) (Entered: 01/05/2004) |
| 01/06/2004 | 3 | Proof of Service of Process, filed; c/s. (Tebo, Susan) (Entered: 01/08/2004) |

| | | |
|---|---|---|
| 01/07/2004 | 2 | Judge Reginald C. Lindsay : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. Copy sent to counsel on 1/8/04.(Tebo, Susan) (Entered: 01/08/2004) |
| 01/12/2004 | 4 | Return receipt received for mail sent to Peter Allen, Superintendent Delivered on 1/9/04 (Tebo, Susan) (Entered: 01/13/2004) |
| 01/14/2004 | 5 | Return receipt received for mail sent to Attorney General for the Commonwealth of Massachusetts Delivered on 1/12/04 (NOT SCANNED) (Tebo, Susan) (Entered: 01/14/2004) |
| 02/05/2004 | 6 | NOTICE of Appearance by Annette C. Benedetto on behalf of Peter Allen (Hourihan, Lisa) (Entered: 02/09/2004) |
| 02/05/2004 | 7 | MOTION for Extension of Time to 3/31/04 to File Answer or Other Responsive Pleading re 1 Petition for writ of habeas corpus (28:2254) by Peter Allen.(Hourihan, Lisa) (Entered: 02/09/2004) |
| 02/10/2004 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 7 Motion for Extension of Time to Answer re 1 Petition for writ of habeas corpus (28:2254) Peter Allen. Answer due 3/31/04 (Hourihan, Lisa) (Entered: 02/10/2004) |
| 03/30/2004 | 8 | MOTION to Dismiss filed by Peter Allen.(Tebo, Susan) (Entered: 03/31/2004) |
| 03/30/2004 | 9 | MEMORANDUM in Support re 8 MOTION to Dismiss filed by Peter Allen; c/s. (Tebo, Susan) (Entered: 03/31/2004) |
| 03/30/2004 | 10 | LIST OF EXHIBITS re 9 Memorandum in Support of Motion to Dismiss filed by Peter Allen (NOT SCANNED-BOUND). (Tebo, Susan) (Entered: 03/31/2004) |
| 04/20/2004 | 11 | MOTION for Extension of Time to 6/30/04 to File Response as to 8 MOTION to Dismiss by Michael Hoilett.(Stanhope, Don) (Entered: 04/21/2004) |
| 04/22/2004 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 11 Motion for Extension of Time to File Response to 6/30/04 to 8 MOTION to Dismiss Responses due by 6/30/2004 (Stanhope, Don) (Entered: 04/22/2004) |
| 06/29/2004 | 12 | Petitioner's Opposition to Respondent's 8 MOTION to Dismiss filed by Michael Hoilett. (Stanhope, Don) (Entered: 06/29/2004) |
| 06/29/2004 | 13 | Cross- Motion Request for Evidentiary Hearing; Discovery and Assigned C.J.A. Counsel by Michael Hoilett.(Stanhope, Don) (Entered: 06/29/2004) |
| 10/23/2004 |  | Judge Reginald C. Lindsay : electronic ORDER entered denying without prejudice 13 Cross- Motion Request for Evidentiary Hearing; Discovery and Assigned C.J.A. Counsel by Michael Hoilett. All the requests of the |

| | | |
|---|---|---|
| | | petitioner for relief, as set forth in this motion, are premature. (Lindsay, Reginald) (Entered: 10/23/2004) |
| 12/21/2004 | 14 | Judge Reginald C. Lindsay : ORDER for Production of Record entered (Losco, Marie) (Entered: 12/21/2004) |
| 01/11/2005 | 15 | Respondent's Response to December 21, 2004 Order. by Peter Allen. (Attachments: # ( Exhibits 1-7 )(Stanhope, Don) (Entered: 01/13/2005) |
| 03/31/2005 | 16 | Judge Reginald C. Lindsay : ORDER entered granting 8 Respondent's Motion to Dismiss the Petition. For reasons stated in the accompanying memorandum order, the petition of Michael Hoilett for a writ of habeas corpus, pursuant to 28 U.S.C. sec. 2254, is denied and the petition is dismissed. The clerk shall enter judgment for the respondent and terminate this case on the court's docket. (Lindsay, Reginald) (Entered: 04/04/2005) |
| 04/05/2005 | 17 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 04/05/2005) |
| 09/07/2005 | 18 | Letter/request (non-motion) from Micheal Hoilett. (York, Steve) (Entered: 09/07/2005) |
| 09/09/2005 | 19 | NOTICE OF APPEAL by Michael Hoilett. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/29/2005. (York, Steve) (Entered: 09/09/2005) |
| 09/09/2005 | 20 | Argument Supporting Petitioner's Excusable Neglect Filing Notice of Appeal by Michael Hoilett. (York, Steve) (Entered: 09/09/2005) |
| 09/09/2005 | 21 | AFFIDAVIT in Support of Petitioner's Notice of Appeal by Michael Hoilett. (York, Steve) (Entered: 09/09/2005) |
| 09/14/2005 | 22 | MOTION to Dismiss *Late Notice of Appeal* by Peter Allen.(Benedetto, Annette) (Entered: 09/14/2005) |
| 09/14/2005 | 23 | MEMORANDUM in Support re 22 MOTION to Dismiss *Late Notice of Appeal* filed by Peter Allen. (Benedetto, Annette) (Entered: 09/14/2005) |
| 10/04/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 22 MOTION to Dismiss Late Notice of Appeal by Peter Allen. This motion is granted upon the assumption that this court retains jurisdiction to act on the motion. In any event, this court has no power to extend the period during which a notice of appeal may be filed in this case, because the notice was filed without a motion to extend time; it was filed beyond the period allowed by Fed. R. App 4 (a)(5); and it would extend the period for filing a notice of appeal beyond that allowed by Fed. R. App 4 (a)(5). (Lindsay, Reginald) (Entered: 10/04/2005) |
| 10/25/2005 | 24 | Letter/request (non-motion) from Micheal Hoilett. (York, Steve) (Entered: 10/26/2005) |

| 10/25/2005 |  25 | Motion to Enlarge Notice of Filing Appeal based upon this Court's Allowence of Petitioner's Argument of Excusable Neglect by Michael Hoilett. (Attachments: # 1 Notice of Appeal)(York, Steve) (Entered: 10/26/2005) |